## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dennis Alan Field,                                           Civil No. 10-4057 (DWF/LIB)

             Plaintiff,

v.                                                               **ORDER ADOPTING REPORT**
                                                              **AND RECOMMENDATION**

Bank of America,

             Defendant.

---

Dennis Alan Field, *Pro Se*, Plaintiff.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, (Doc. No. [2]), is **DENIED**.

2. This action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 11, 2011                     s/Donovan W. Frank
                                                 DONOVAN W. FRANK
                                                 United States District Judge